No. 76–5300. COLBERT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE POWELL would grant certiorari.

No. 76–5825. HINES *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner to consolidate for consideration with No. 76–5233, *Austin* v. *United States, supra,* p. 1043, granted. Certiorari denied.

No. 643, O. T. 1970. ALEXANDER *v.* UNITED STATES, 400 U. S. 941. Motion for leave to file petition for rehearing denied.

No. 75–6782. DOUGLAS *v.* FLORIDA, *ante,* p. 871;

No. 76–77. HARRIS *v.* UNITED STATES, *ante,* p. 939;

No. 76–94. HENRY, AKA OBADELE *v.* UNITED STATES, *ante,* p. 959;

No. 76–278. JOLLEY *v.* UNITED STATES, *ante,* p. 964;

No. 76–5211. CAPITO *v.* UNITED STATES, *ante,* p. 961;

No. 76–5284. SPENCER *v.* GEORGIA, *ante,* p. 932;

No. 76–5307. MATHIS *v.* SECRETARY OF DEFENSE, *ante,* p. 983;

No. 76–5318. DIOQUINO *v.* WORKMEN'S COMPENSATION APPEAL BOARD OF CALIFORNIA ET AL., *ante,* p. 927; and

No. 76–5373. SMITH, AKA MACHETTI *v.* GEORGIA, *ante,* p. 932. Petitions for rehearing denied.